UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| B.B., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-01187-JPH-KMB |
| ) | |
| APRIA HEALTHCARE GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER DENYING PLAINTIFF'S MOTION
FOR LEAVE TO PROCEED UNDER PSEUDONYM**

Plaintiff has filed a Motion for Leave to Proceed Under Pseudonym, requesting that she be permitted to proceed anonymously in this litigation under the pseudonym "B.B." [Dkt. 2.] Having considered the Motion, the Court finds that it should be **DENIED** for the reasons set forth in an order on a similar motion filed in *Shepherd v. Anthem Insurance Companies, Inc.*, No. 1:23-cv-00693-TWP-MG (S.D. Ind. filed Apr. 21, 2023), Dkt. 27.

This case will soon be consolidated with *Smith v. Apria Healthcare LLC*, No. 1:23-cv-01003-JPH-KMB (S.D. Ind. filed June 9, 2023), and an amended complaint will be filed in that case after consolidation. Accordingly, the Court will not require Plaintiff to identify herself in the present case at this time. To the extent that Plaintiff intends to proceed by pseudonym in the *Smith* case, she must file a motion to do so contemporaneously with the filing of the amended complaint and identify why her motion should not be denied for the reasons set forth in the *Shepherd* order cited above.

**SO ORDERED.**

Date: 9/6/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All counsel of record via ECF.